IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 3 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01071-OES

ANTHONY DEMBRY,

    Applicant,

v.

JAMES ABBOTT, Warden, and
JOHN SUTHER, Colorado Attorney General,

    Respondents.

## SECOND ORDER DIRECTING APPLICANT TO SHOW CAUSE

On July 22, 2005, the Court directed Mr. Dembry to respond and show cause why the instant action should not be dismissed as barred by the one-year limitation period as set forth in 28 U.S.C. § 2244(d). On August 12, 2005, Applicant filed a Response. In the Response, he alludes to a postconviction motion that he claims was filed timely. Applicant, however, does not specify the dates during which he had a postconviction motion pending in state court from March 2004, when his conviction became final, until May 13, 2005, when he filed a 28 U.S.C. § 2254 Application in this Court. Based on the information Applicant submitted in the August 12 Response, he has failed to show cause why the Application should not be denied as time-barred.

Mr. Dembry is directed to respond, again, and describe the postconviction action he has had pending in state court from March 2004 until May 13, 2005. He is instructed to provide the date the postconviction action was filed, when it was denied, if he

sought to appeal the action, what date he sought to appeal the action, and when the action was denied on appeal. Accordingly, it is

ORDERED that Mr. Dembry file a Response in writing, **within thirty (30) days from the date of this Order**, that complies with the instant Order. It is

FURTHER ORDERED that the Response shall be titled "Second Response to Order to Show Cause" and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294, **within thirty (30) days from the date of this Order**. It is

FURTHER ORDERED that if Mr. Dembry fails to comply with the instant Order to the Court's satisfaction, **within thirty (30) days from the date of this Order**, the Application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 23 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-1071-OES

Anthony Dembry
Prisoner No. 104886
CTCF
PO Box 1010
Canon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  8-23-05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk