IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01071-OES

ANTHONY DEMBRY,

    Applicant,

v.

JAMES ABBOTT, Warden, and
JOHN SUTHER, The Attorney General of the State of Colorado,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING SHOW CAUSE ORDERS AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On August 23, 2005, the Court ordered Applicant to show cause, for the second time, why the instant habeas corpus Application should not be denied as time barred pursuant to 28 U.S.C. § 2244(d).  On September 7, Applicant filed a Response to the Second Order Directing Applicant to Show Cause.

Applicant alleges in the Second Response that the action is timely and not barred by the one-year limitation period, because the Colorado Supreme Court did not deny his petition for a writ of certiorari until June 1, 2004, and because the instant action was submitted to this Court on May 31, 2005.  Therefore, the Orders directing Applicant to show cause will be discharged.  The case will be drawn to a district judge and to a magistrate judge.  Accordingly, it is

ORDERED that the Court's July 22 and August 23, 2005, Orders directing Applicant to show cause are discharged.  It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 12 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-1071-OES

Anthony Dembry
Prisoner No. 104886
CTCF
PO Box 1010
Canon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9/12/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk