IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01071-ZLW-CBS

ANTHONY DEMBRY,
    Applicant,
v.

JAMES ABBOTT, Warden, and
JOHN SUTHER [sic], Attorney General of the State of Colorado,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Dembry's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (filed May 31, 2005) (doc. # 3). Pursuant to the Order of Reference dated September 20, 200 (doc. # 14), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." After reviewing the Petition and Respondents' Answer, the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts,

    **IT IS ORDERED that the Clerk of the Court for El Paso County, 20 E. Vermijo Ave., Colorado Springs, Colorado 80903, as the lawful custodian of the**

**records, is directed to forward all records and transcripts of the state court proceedings in *People v. Dembry*, El Paso District Court Criminal Case No. 99CR0666, Honorable Thomas Kennedy, Judge, to the Clerk of the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 on or before January 6, 2006.**

DATED at Denver, Colorado, this 6th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge