IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01071-ZLW-CBS

ANTHONY DEMBRY,
　　　Applicant,
v.

JAMES ABBOTT, Warden, and
JOHN SUTHER [sic], Attorney General of the State of Colorado,
　　　Respondents.
_____

THIRD ORDER TO CLERK OF THE COURT FOR EL PASO COUNTY TO
FORWARD ALL RECORDS AND TRANSCRIPTS OF THE STATE COURT
PROCEEDINGS IN *PEOPLE V. DEMBRY*, EL PASO CASE NO. 99CR0666
_____

Magistrate Judge Craig B. Shaffer

　　　This civil action is before the court on Dembry's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (filed May 31, 2005) (doc. # 3). Pursuant to the Order of Reference dated September 20, 200 (doc. # 14), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." After reviewing the Petition and Respondents' Answer, the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts,

　　　IT IS ORDERED that:

1. The Clerk of the Court for El Paso County, 20 E. Vermijo Ave., Colorado Springs, Colorado 80903, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in *People v. Dembry*, El Paso District Court Criminal Case No. 99CR0666, Honorable Thomas Kennedy, Judge, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before March 1, 2006.**

2. Respondents may file their supplemental response to the merits of Dembry's sixth claim *within 20 days* after the state court record is delivered to the Clerk of the Court for the United States District Court for the District of Colorado.

3. The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for El Paso County, 20 E. Vermijo Ave., Colorado Springs, Colorado 80903.

DATED at Denver, Colorado, this 7th day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge