IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01071-ZLW-CBS

ANTHONY DEMBRY,
    Applicant,
v.

JAMES ABBOTT, Warden, and
JOHN SUTHER [sic], Attorney General of the State of Colorado,
    Respondents.
_____

ORDER VACATING MAY 10, 2006 STATUS CONFERENCE
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Dembry's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (filed May 31, 2005) (doc. # 3). Pursuant to the Order of Reference dated September 20, 2005 (doc. # 14), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." Respondents filed their Answer to the Petition on October 24, 2005. At the direction of the court, Respondents filed their Supplemental Answer to the Petition on March 15, 2005. The state court record was filed with the court on March 13, 2006.

    In response to the court's Order dated April 21, 2006 (doc. # 33), Respondents filed on April 25, 2006 their "Second Supplemental Answer to Application for Writ of Habeas Corpus" (doc. # 34). In light of Respondents' Second Supplemental Answer,

the status conference scheduled Wednesday May 10, 2006 at 8:30 a.m. is no longer necessary.  Accordingly, IT IS ORDERED that:

1.     The status conference set Wednesday May 10, 2006 at 8:30 a.m. is hereby VACATED.

2.     On or before May 10, 2006, Dembry may file any reply he may have to Respondents' "Second Supplemental Answer to Application for Writ of Habeas Corpus" (doc. # 34), pursuant to Rule 5(e) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED at Denver, Colorado, this 25th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge